SECOND DEPARTMENT, JUNE, 2002

(June 3, 2002)

■ RAMON ANASTACIO et al., Appellants, v DOROTHY H. HAUG et al., Defendants and Third-Party Plaintiffs-Respondents. SELBY CONSTRUCTION, INC., Third-Party Defendant-Respondent. [742 NYS2d 900] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from so much of an order of the Supreme Court, Kings County (G. Aronin, J.), dated December 18, 2000, as denied their motion for partial summary judgment on the issue of liability on their cause of action pursuant to Labor Law § 240 (1).

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

There are triable issues of fact requiring the denial of summary judgment. Altman, J.P., Schmidt, Townes and Cozier, JJ., concur.

■ LUIS ANTOKU, Appellant, v GRACE INDUSTRIES, INC., Respondent. [742 NYS2d 901] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Dye, J.), dated April 11, 2001, which denied his motion to vacate a prior order of the same court, dated September 13, 2000, granting the defendant's motion to dismiss the complaint pursuant to CPLR 3126, upon the plaintiff's default in opposing the motion.

Ordered that the order is affirmed, with costs.

In moving to vacate his default, the plaintiff did not demonstrate a reasonable excuse or the existence of a meritorious cause of action (*see Fuller v Tae Kwon,* 259 AD2d 662). Altman, J.P., Feuerstein, Friedmann, Schmidt and Townes, JJ., concur.